**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      Uni-Tec Trade, Inc. v. Schneider Electric Services and ECP Electrical Supply, Inc.

Appellate case number:    01-19-00745-CV

Trial court case number:  2016-80650

Trial court:              234th District Court of Harris County

Appellant has filed a motion for rehearing in this appeal. The Court has determined that the clerk's record and supplemental clerk's records filed in this case do not contain relevant documents that the Court requires in deciding the motion for rehearing. Accordingly, the Court issues the following order for a supplemental clerk's record. *See* TEX. R. APP. P. 34.5(c)(1).

The Court orders the trial court clerk to file a supplemental clerk's record **on or before October 5, 2020**, containing the following documents: (1) Plaintiff's Third Amended Petition filed on February 5, 2018; (2) Nonsuit/Partial Dismissal dated March 5, 2018; (3) Plaintiff's Response to Schneider's motion for summary judgment filed on March 19, 2018; (4) ECP's Traditional and No-Evidence motion for summary judgment filed on November 19, 2018; (5) Plaintiff's response to ECP's motion for summary judgment filed on January 7, 2019; (6) order signed on January 22, 2019, granting partial summary judgment; and (7) order signed December 16, 2019, denying plaintiff's motion for entry of final judgment.

It is so ORDERED.


Judge's signature: ____/s/ Richard Hightower_____
                    ☑ Acting individually     ☐ Acting for the Court


Date:   __September 15, 2020___